IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:23-CV-17-RAH |
| CHARLES BARKLEY, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On August 7, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 9) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 9) is ADOPTED.

2. The Motion for Preliminary Injunction is DENIED.

3. The Complaint (Doc. 1) is DISMISSED with prejudice.

DONE, on this the 25th day of August 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE